# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

LARRY RENA BROWN                    ]
    Petitioner                  ]
                                    ]
v.                                  ]              No. 3:04-0339
                                    ]              Judge Nixon
UNITED STATES OF AMERICA            ]
    Respondent.                 ]

## O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds that the petitioner has failed to state a claim upon which relief can be granted. Accordingly, his § 2255 motion (Docket Entry No. 1) and Motion for Summary Judgment (Docket Entry No. 11) are DENIED and this action is hereby DISMISSED. Rule 8(a), Rules --- § 2255 Cases.

Should the petitioner file a timely Notice of Appeal, such Notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has failed to make a substantial showing of a denial of a constitutional right.

It is so ORDERED.

John T. Nixon
Senior District Judge